# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

SOLOMON GIBBS,
    Plaintiff,

v.                                        CA. No. 18-323-JJM-LDA

SOCIAL SECURITY OFFICE
    Defendant.

## **JUDGMENT**

       This action came to be heard before the Court and a decision has been rendered. Upon consideration whereof, it is now hereby ordered, adjudged and decreed as follows:

       Pursuant to this Court's Order entered on October 29, 2018, the judgment is hereby entered dismissing the Plaintiff's Complaint (ECF No. 1) in accordance with Fed. R. Civ. P. 58.

       <u>It is so ordered</u>.


October 30, 2018                               By the Court:

                                                  <u>/s/ Hanorah Tyer-Witek.</u>
                                                  Clerk of Court